

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

450 Main Street
Room 328
Hartford, Connecticut 06103

(860) 947-1101
Fax (860) 760-7979
www.justice.gov/usao-ct

November 26, 2019

The Honorable Robert M. Spector
United States Magistrate Judge
United States District Court
141 Church Street
New Haven, CT 06510

DEC 2 2019 PM 3:09
FILED-USDC-CT-NEW HAVEN

Re:    In re: Susan Cunningham, 19-00181-02-CR-W-BCW

Dear Judge Spector:

Along with her codefendant, Wilfred Albanese, 3:19mj1193(RMS), Ms. Susan Cunningham has expressed a desire to transfer her pending criminal matter from the District of Missouri to the District of Connecticut. The U.S. Attorneys for both districts have completed the attached paperwork. As Ms. Cunningham is currently in Connecticut and her present counsel, Jonathan Truesdale, is located in Missouri, I write to request appointment of counsel for Ms. Cunningham so that she may complete the transfer paperwork. Ms. Cunningham, thorough Attorney Truesdale, joins in this request. Attached are copies of the transfer paperwork. The Office of the Federal Public Defenders is conflicted in this matter.

Very truly yours,

JOHN H. DURHAM
UNITED STATES ATTORNEY

NATASHA M. FREISMUTH
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05772
157 Church Street, Floor 25
New Haven, Connecticut 06510
203 821 3700

Cc:    Attorney Jonathan Truesdale, counsel for Ms. Cunningham, District of Missouri
       Attorney Tracy Hayes, counsel for codefendant Wilfred Albanese, District of Connecticut